UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| THE BRIX GROUP, INC. | ) | Case No.: C 08-4713 PVT |
| Plaintiff, | ) ) | **ORDER GRANTING REQUEST TO CHANGE TIME; AND** |
| v. | ) ) | **SETTING DEADLINE FOR** |
| COASTAL WIRELESS, L.L.C., et al., | ) ) | **PLAINTIFF TO FILE MOTION TO EXTEND THE TIME FOR SERVING** |
| Defendants. | ) | **THE REMAINING DEFENDANTS.** |
| _____ | ) | |

On February 13, 2009, Plaintiff and Defendants Joshua Engstrom and Robert Ford filed a request to change time for the Case Management Conference and associated dates.[1] Based on the request and the file herein,

IT IS HEREBY ORDERED that the request to change time is GRANTED. The Case Management Conference is continued to 2:00 p.m. on June 23, 2009, and the associated dates are continued accordingly.

IT IS FURTHER ORDERED that, no later than May 3, 2009, Plaintiff shall file its motion to extend the time for serving the remaining Defendants. Plaintiff's motion shall set forth the details of all attempts it has made to serve the remaining Defendants, including whether or not it has sent them requests for waiver of service pursuant to Federal Rules of Civil Procedure 4(d).

Dated: *2/18/09*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.