**Mark K. Oto**, SBN 100058
**Erik R. Jones**, SBN 121573
**LAW OFFICES OF MARK K. OTO**
255 North Market Street, Suite 260
San Jose, California 95110
Tel.: (408) 993-0303

Attorneys for Plaintiff
THE BRIX GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE BRIX GROUP, INC.**, <br><br> Plaintiff, <br><br> vs. <br><br> **COASTAL WIRELESS, L.L.C.,** an Arizona limited liability company, dba Coastal Wireless; **MATTHEW S. BLANC, aka MATT BLANC; JOSHUA ETHAN ENGSTROM, aka JOSHUA ENGSTROM; ROBERT WHITNEY FORD, aka ROBERT W. FORD.; DAVID MICHAEL LICAVOLI, aka DAVID LICAVOLI; and DOES 1 through 10, inclusive,** <br><br> Defendants. | Case No. C 08-04713 PVT <br><br> [XXXXXXXXXX] **ORDER GRANTING STIPULATED REQUEST TO CHANGE TIME FOR THE INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES, AND DEADLINE FOR COMPLETING MEDIATION, PURSUANT TO CIVIL L.R. 6-2** |

     Plaintiff the Brix Group, Inc. and Defendants Joshua Engstrom, Robert Ford and Coastal Wireless, L.L.C. having stipulated to changing the time set by this Court for the Initial Case Management Conference and having requested the same, good cause appearing therefor,

     IT IS HEREBY ORDERED that the Initial Case Management Conference currently set for June 23, 2009 is re-scheduled on August 25, 2009 at 2:00 pm in Courtroom 5, 4th Floor, San Jose or _____.

1      [PROPOSED] ORDER GRANTING REQUEST TO CHANGE TIME

1   IT IS FURTHER ORDERED that all other dates set forth in the Order Setting Initial Case
Management Conference and ADR Deadlines and extended by the February 18, 2009 Order of
this Court which have not yet passed are each extended by 60 days from their present dates.

   IT IS FURTHER ORDERED that the deadline for holding the mediation of this Case is
extended for a period of 60 days following the deadline set by the Order Selecting ADR Process
entered by the Court in this Case on June 8, 2009.

Date:   June 12, 2009                          _____
                                                Honorable Patricia V. Trumbull

2       [PROPOSED] ORDER GRANTING
        REQUEST TO CHANGE TIME