1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| THE BRIX GROUP, INC., | ) | Case No.: C 08-04713 PVT |
| | ) | |
| Plaintiff, | ) | **ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |
| v. | ) | |
| COASTAL WIRELESS, LLC, et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

The above-captioned action is scheduled for a case management conference.  The Joint Case

Management Conference Statement states that "[p]laintiff has not yet consented to have all further

proceedings conducted by a magistrate judge."  This case has been assigned to a Magistrate Judge.

Before the court takes any further action, the court must determine whether or not all of the parties

who have appeared consent to Magistrate Judge jurisdiction, or whether any of the parties request

reassignment to a District Judge.  Therefore,

IT IS HEREBY ORDERED that no later than September 4, 2009, each party who has not

already done so shall file either a "Consent to Proceed Before a United States Magistrate Judge," or

else a "Declination to Proceed Before a United States Magistrate Judge and Request for

Reassignment."  Both forms are available from the clerk of the court, or from the Forms (Civil)

ORDER, *page 1*

1   section of the court's website at www.cand.uscourts.gov.

2   Dated:     August 21, 2009

3   _____
        PATRICIA V. TRUMBULL
4       United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER, *page 2*