**Mark K. Oto**, SBN 100058
**Erik R. Jones**, SBN 121573
**LAW OFFICES OF MARK K. OTO**
255 North Market Street, Suite 260
San Jose, California 95110
Tel.: (408) 993-0303

Attorneys for Plaintiff
THE BRIX GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE BRIX GROUP, INC.,** | Case No. C 08-04713 PVT |
| Plaintiff, | xxxxxxxxxxxx **ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME FOR COMPLETING MEDIATION, PURSUANT TO CIVIL L.R. 6-2** |
| vs. | |
| **COASTAL WIRELESS, L.L.C., an Arizona limited liability company, dba Coastal Wireless; MATTHEW S. BLANC, aka MATT BLANC; JOSHUA ETHAN ENGSTROM, aka JOSHUA ENGSTROM; ROBERT WHITNEY FORD, aka ROBERT W. FORD.; DAVID MICHAEL LICAVOLI, aka DAVID LICAVOLI; and DOES 1 through 10, inclusive,** | |
| Defendants. | |

Plaintiff the Brix Group, Inc. and Defendants Joshua Engstrom, Robert Ford and Coastal Wireless, L.L.C. having stipulated to changing the time set by this Court for completing mediation in this Case and having requested the same, good cause appearing therefor,

IT IS HEREBY ORDERED that the deadline for holding the mediation of this Case is extended to March 5, 2010.

Date: November 12, 2009

_____
Honorable Patricia V. Trumbull

1                                    [PROPOSED] ORDER GRANTING
                                      REQUEST TO CHANGE TIME