**Mark K. Oto**, SBN 100058
**Erik R. Jones**, SBN 121573
**LAW OFFICES OF MARK K. OTO**
255 North Market Street, Suite 260
San Jose, California 95110
Tel.: (408) 993-0303

Attorneys for Plaintiff
THE BRIX GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BRIX GROUP, INC.,<br><br>              Plaintiff,<br><br>       vs.<br><br>COASTAL WIRELESS, L.L.C., an Arizona limited liability company, dba Coastal Wireless; MATTHEW S. BLANC, aka MATT BLANC; JOSHUA ETHAN ENGSTROM, aka JOSHUA ENGSTROM; ROBERT WHITNEY FORD, aka ROBERT W. FORD.; DAVID MICHAEL LICAVOLI, aka DAVID LICAVOLI; and DOES 1 through 10, inclusive,<br><br>              Defendants. | Case No. C 08-04713 PVT<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CHANGE TIME FOR INITIAL CASE MANAGEMENT CONFERENCE AND TIME FOR COMPLETING MEDIATION,  PURSUANT TO CIVIL L.R. 6-2 |

Plaintiff the Brix Group, Inc. and Defendants Joshua Engstrom, Robert Ford and Coastal Wireless, L.L.C. having stipulated to changing the time set by this Court for the Initial Case Management Conference and the deadline for completing mediation in this Case, and having requested the same, good cause appearing therefor,

IT IS HEREBY ORDERED that the Initial Case Management Conference currently set for April 27, 2010 is re-scheduled on July 27, 2010 at 2:00 p.m. in Courtroom 5, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

IT IS FURTHER ORDERED that the deadline for holding the mediation of this Case is extended for a period of 90 days following June 3, 2010.

Date: 4/19/10

*Patricia V. Trumbull*
Honorable Patricia V. Trumbull
United States Magistrate Judge