MARK S. CARLQUIST, ESQ. SB#096341
654 North Santa Cruz Avenue, Suite E
Los Gatos, CA 95030
Telephone: (408) 354-1955
Facsimile: (408) 354-2127
Email: mark@carlquistlaw.com

Attorney for Plaintiff, The Brix Group, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE BRIX GROUP, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>COASTAL WIRELESS, L.L.C., an Arizona limited liability company, dba Coastal Wireless; MATTHEW S. BLANC, aka MATT BLANC; JOSHUA ETHAN ENGSTROM, aka JOSHUA ENGSTROM; ROBERT WHITNEY FORD, aka ROBERT W. FORD; DAVID MICHAEL LICAVOLI, aka DAVID LICAVOLI; and DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO. 5:08-cv-04713PVT**<br><br>**STIPULATION OF DISMISSAL RE: DEFENDANT DAVID MICHAEL LICAVOLI; ORDER** |

   IT IS HEREBY STIPULATED by and between Plaintiff The Brix Group, Inc. ("Plaintiff Brix"), and Defendant David Michael Licavoli, aka David Licavoli ("Defendant Licavoli"), through their designated counsel, as follows:

   Plaintiff Brix and Defendant Licavoli have reached a full and final settlement of all their respective issues in this action, and a Settlement Agreement between these parties has

**STIPULATION OF DISMISSAL RE: DEFENDANT DAVID MICHAEL LICAVOLI; ORDER**     1

been fully executed.

Under the terms of the Settlement Agreement, Defendant Licavoli is to perform his payment obligation on or before April 8, 2011. The parties shall comply with their Settlement Agreement, a copy of which is incorporated herein by reference as if fully set forth.

Plaintiff Brix and Defendant Licavoli hereby stipulate that this Court shall retain jurisdiction to enforce the Settlement Agreement until June 1, 2011, in accordance with and under the authority set forth in *Kokkonen v. Guardian Life Ins. Co. of America*, 511 US 381-382. Although the parties hereto are dismissing this action with prejudice, they agree that the Court will retain jurisdiction over this action and the parties hereto in order to be able to enforce the terms of the Settlement Agreement.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP 41 (a)(2), and the Court retains jurisdiction to enforce the terms of the Settlement Agreement until June 1, 2011.

SO STIPULATED,

Date: February 10, 2011          _____/S/_____
                                 Mark S. Carlquist,
                                 Attorney for Plaintiff,
                                 THE BRIX GROUP, INC.

Date: February 8, 2011           _____/S/_____
                                 R. David Sobel
                                 Altfeld & Battaile P.C.
                                 Attorney for Defendant,
                                 DAVID MICHAEL LICAVOLI,
                                 AKA DAVID LICAVOLI

IT IS SO ORDERED:

Date: __February 28, 2011__      _____
                                 U.S. I XXXXXXXXXXXXXXX
                                        MAGISTRATE JUDGE

**STIPULATION OF DISMISSAL RE: DEFENDANT DAVID MICHAEL LICAVOLI; ORDER**    2

1     I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Dated: February 10, 2011                 /S/
                                       MARK S. CARLQUIST